**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) Chapter 13 |
| **HUNTER D. WILLIAMS** | ) |
| | ) |
| | ) |
| | ) Bky. No. 15-14288 |
| | ) |
| **Debtor** | |

Certificate of No Response

To the Clerk:

The undersigned has examined the docket in this matter and certifies that no response or objection has been filed to the Motion for Approval of a Fee Application. In addition, the undersigned has not received any objection or respose to the motion for fee application.

/s/ RICHARD LIPOW
_____
RICHARD LIPOW
ATTORNEY FOR DEBTOR