# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  ) Chapter 13
**HUNTER D. WILLIAMS**

) 
) 
) Bky. No. 15-14288
) 
**Debtor**

## ORDER

AND NOW, THIS ____6th____ day of ___September___ 2016, upon consideration of the Application of Debtor's counsel Richard N. Lipow and any response thereto, the Court being fully advised, it is **ORDERED** that counsel fees in the full amount of **$4,500.00** and costs of **$42.00** are approved, $4,500 having been paid by Debtor prior to the commencement of the Chapter 13 Case, **$42.00** in costs shall be paid by the trustee from plan payments to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**