United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 15-14288-elf
Hunter D Williams                                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 1              Date Rcvd: Sep 06, 2017
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db             +Hunter D Williams,    4 Anthony Drive,    Malvern, PA 19355-1971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      KRISTEN D. LITTLE    on behalf of Creditor    Texas Bank Financial dba Texas Bank Mortgage Company
       pabk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    Texas Bank Financial dba Texas Bank Mortgage Company
       pabk@logs.com
      PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      RICHARD N. LIPOW    on behalf of Debtor Hunter D Williams richard@lipowlaw.com,
       ecflipow@gmail.com;r44824@notify.bestcase.com
      THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
       wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                            TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**  ) **Chapter 13**
**HUNTER D. WILLIAMS**

)
)
) **Bky. No. 15-14288**
)
**Debtor**

ORDER

AND NOW, THIS ____6th____ day of ___September___ 2016, upon consideration of the Application of Debtor's counsel Richard N. Lipow and any response thereto, the Court being fully advised, it is **ORDERED** that counsel fees in the full amount of **$4,500.00** and costs of **$42.00** are approved, $4,500 having been paid by Debtor prior to the commencement of the Chapter 13 Case, **$42.00** in costs shall be paid by the trustee from plan payments to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**