UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE Hunter Williams　　　　　　　　　　Chapter 13

　　　　　　　　　　　　　　　　　　　　Docket: 15-14288elf

RESPONSE TO MOTION TO FOR RELIEF

Debtor admits to failing to make all post petition mortgage payments and requests that he be allowed to cure all post petition arrearages within 6 months.

WHEREFORE, Respondent requests that the Court deny the relief requested by Movant mortgage/assignee and enter an order allowing debtor to cure all post petition arrearages.

　　　　　　　　　　　　　　Respectfully,


　　　　　　　　　　　　　　/s/ RICHARD N LIPOW
　　　　　　　　　　　　　　RICHARD N LIPOW
　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR
　　　　　　　　　　　　　　629 SWEDESFORD ROAD
　　　　　　　　　　　　　　MALVERN PA 19355

Certificate of Service

  The undersigned certifies that the foregoing on the Chapter 13 and US Trustees and creditor's counsel at the time the document was electronically filed by the ECF system.

  Respectfully,

  /s/ RICHARD N LIPOW
  RICHARD N LIPOW
  ATTORNEY FOR DEBTOR
  629 SWEDESFORD ROAD
  MALVERN PA 19355