IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
HUNTER D. WILLIAMS
CARRIE S. WILLIAMS (NON-FILING CO-DEBTOR)
    Debtors

CHAPTER 13

BK. No. 15-14288 ELF

## ORDER

AND NOW, this 11th day of April, 2018, it is hereby ORDERED that the corresponding Stipulation (Doc. #76) is hereby approved.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE