United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-14288-elf
Hunter D Williams                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1              Date Rcvd: Apr 11, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.
db             +Hunter D Williams,    4 Anthony Drive,    Malvern, PA 19355-1971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:
      ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      KRISTEN D. LITTLE    on behalf of Creditor    Texas Bank Financial dba Texas Bank Mortgage Company
       pabk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    Texas Bank Financial dba Texas Bank Mortgage Company
       pabk@logs.com
      PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      RICHARD N. LIPOW    on behalf of Debtor Hunter D Williams richard@lipowlaw.com,
       ecflipow@gmail.com;r44824@notify.bestcase.com
      THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
       wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                           TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
HUNTER D. WILLIAMS
CARRIE S. WILLIAMS (NON-FILING CO-DEBTOR)
        Debtors

CHAPTER 13

BK. No. 15-14288 ELF

## ORDER

AND NOW, this 11th day of April, 2018, it is hereby **ORDERED** that the corresponding Stipulation (Doc. #76) is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**