## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    Hunter Williams

Debtor

Case No.    **15-14288**

Chapter    **13**

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

HUNTER WILLIAMS has filed a motion for post confirmation modification of his confirmed chapter 13 plan. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 2, 2020 you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at

Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107
Telephone: 215-408-2800
Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

RICHARD N LIPOW
629 SWEDESFORD ROAD
MALVERN PA 19355
610-251-2500
FAX 610-889-9564
RICHARD@LIPOWLAW.COM

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L Frank on 6/16/20 at 1 PM at Robert N.C. Nix, Sr. Federal Courthouse 900 Market Street, Philadelphia, PA 19107 in the UNITED STATES BANKRUPTCY COURT in Courtroom 1. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  5/18/20

/s/ *Richard N Lipow*
RICHARD N LIPOW
ATTORNEY AT LAW