UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re Hunter Williams                                :           CHAPTER 13
                                                     :           Bky. No. 15-14288

NOTICE OF DEBTOR'S COUNSEL'S APPLICATION FOR COUNSEL FEES
AND REIMBURSEMENT OF EXPENSES TO ALL PARTIES IN INTEREST

On 5/19/20, Richard N. Lipow, Esquire, counsel for the Debtor has applied under the Bankruptcy Code for an supplemental award of compensation in the amount of $1,500  ($4500 has already been approved by the court in this matter).  A copy of the application is enclosed with this notice.

You are notified that any objection to the application must be filed and served on Richard N Lipow, the applicant within 14 days of the date of service of the application. If you object to the Application or if you want the court to consider your views on the Application, then on or before, 6/3/2020 you or your attorney must do all of the following:

(a)   file an objection explaining your position at
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107
Telephone: 215-408-2800
Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to:

RICHARD N LIPOW
629 SWEDESFORD ROAD SWEDESFORD CORPORATE CENTER, MALVERN PA 19355
RICHARD@LIPOWLAW.COM FAX 610-889-9564
TEL 610-251-2500

If you or your attorney do not take the steps described in paragraphs (a) and (b) above the court may enter an order approving the Application.

Date: 5/19/20                                        /s/ RICHARD N LIPOW
                                                     RICHARD N LIPOW
                                                     APPLICANT