UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :  CASE NO 15-14288
Hunter D Williams                                         :  CHAPTER 13
                                                          :
            DEBTORS

---

CERTIFICATE OF NO RESPONSE OR OBJECTION

TO THE COURT:

      The undersigned certifies to the court that as of June 14, 2020, no response or objection was

received or filed to the debtor's motion to modify his chapter 13 plan and/or counsel's application

for approval of supplemental fee

Dated: June 14, 2020                                      /s/ RICHARD N LIPOW

                                                          RICHARD N LIPOW