United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14288-elf
Hunter D Williams                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina          Page 1 of 1          Date Rcvd: Jul 07, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db             +Hunter D Williams,    4 Anthony Drive,    Malvern, PA 19355-1971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE     on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSHUA I. GOLDMAN    on behalf of Creditor     Lakeview Loan Servicing, LLC
       Josh.Goldman@padgettlawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor     Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      KRISTEN D. LITTLE    on behalf of Creditor     Texas Bank Financial dba Texas Bank Mortgage Company
       pabk@logs.com
      LEEANE O. HUGGINS     on behalf of Creditor     Texas Bank Financial dba Texas Bank Mortgage Company
       pabk@logs.com
      MARIO J. HANYON    on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com
      PAUL WILLIAM CRESSMAN    on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor     Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      RICHARD N. LIPOW    on behalf of Debtor Hunter D Williams richard@lipowlaw.com,
       ecflipow@gmail.com;r44824@notify.bestcase.com
      THOMAS I. PULEO    on behalf of Creditor     Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor     OCWEN LOAN SERVICING, LLC
       wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                          TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    HUNTER D WILLIAMS, | : | |
|       Debtor | : | Bky. No. 15-14288 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #96 ) is **APPROVED**.

Date:  July 7, 2020

                                              **ERIC L. FRANK**
                                              **U.S. BANKRUPTCY JUDGE**