United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-14288-elf
Hunter D Williams                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Jul 23, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db              +Hunter D Williams,   4 Anthony Drive,   Malvern, PA 19355-1971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               Josh.Goldman@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Creditor    Texas Bank Financial dba Texas Bank Mortgage Company
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Texas Bank Financial dba Texas Bank Mortgage Company
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              RICHARD N. LIPOW    on behalf of Debtor Hunter D Williams richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                              TOTAL: 15

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HUNTER WILLIAMS :  **Chapter 13**

                                :

                                :

      **Debtor(s)** :  **Bky. No. 15-14288**

## O R D E R

     **AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor's' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

     It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplmental compensation is **ALLOWED** to the Applicant in the amount of **$1,500.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2  to the extent such distribution is authorized under the terms of the chapter 13 plan which was modified post - confirmation.

**Date:** __7/23/20__

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**