# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-14288-ELF

HUNTER D WILLIAMS

4 ANTHONY DRIVE

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    HUNTER D WILLIAMS

    4 ANTHONY DRIVE

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    RICHARD N. LIPOW
    629 SWEDESFORD RD

    MALVERN, PA 19355-

Date: 3/17/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee