Certificate Number: 14912-PAE-DE-036247613

Bankruptcy Case Number: 15-14288



14912-PAE-DE-036247613

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2022, at 10:41 o'clock AM EST, Hunter Williams completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 7, 2022                By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor