United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Hunter D Williams  
    Debtor

Case No. 15-14288-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2022 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

**Recip ID          Recipient Name and Address**  
db                 +   Hunter D Williams, 4 Anthony Drive, Malvern, PA 19355-1971

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

**Name**           **Email Address**

ANDREW L. SPIVACK  
            on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK  
            on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JOSEPH ANGEO DESSOYE  
            on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JOSHUA I. GOLDMAN  
            on behalf of Creditor Lakeview Loan Servicing  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KENNETH E. WEST  
            ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: 212 | Total Noticed: 1 |

on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

KRISTEN D. LITTLE

on behalf of Creditor Texas Bank Financial dba Texas Bank Mortgage Company pabk@logs.com klittle@logs.com;logsecf@logs.com

LEEANE O. HUGGINS

on behalf of Creditor Texas Bank Financial dba Texas Bank Mortgage Company pabk@logs.com

MARIO J. HANYON

on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAUL WILLIAM CRESSMAN

on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

REBECCA ANN SOLARZ

on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

RICHARD N. LIPOW

on behalf of Debtor Hunter D Williams richard@lipowlaw.com  ecflipow@gmail.com;r44824@notify.bestcase.com

THOMAS I. PULEO

on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER

on behalf of Creditor OCWEN LOAN SERVICING  LLC wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Hunter D Williams

Debtor(s)  Case No: 15−14288−elf

___

*ORDER*

    AND NOW, January 7, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court