United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Hunter D Williams  
    Debtor

Case No. 15-14288-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 10, 2022      Form ID: 138OBJ      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunter D Williams, 4 Anthony Drive, Malvern, PA 19355-1971 |
| 14632261 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13547889 | | Bur Acct Mgm, Bureau Of Account, Camp Hill, PA 17011 |
| 13547893 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 13547892 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 13656269 | + | Lakeview Loan Servicing, LLC, Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13547895 | + | PETER WAPNER, ESQ, PHELEN HALLINAN, 1617 JFK BLVD STE 1400, Philadelphia, PA 19103-1814 |
| 13646203 | | Pennsylvania Dept of Revenue, Bankruptcy Division, 393 Walnut Street, Revenue Tower, Harrisburg PA 17128-0393 |
| 13557573 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14632262 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13600080 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC # D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14102283 | #+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14632523 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13547897 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 13547898 | + | Wfs Financial/Wachovia Dealer Srvs, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 13547899 | + | Wfs Financial/Wachovia Dealer Srvs, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 11 2022 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 11 2022 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13547890 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2022 00:13:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13547891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2022 00:13:55 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 13573398 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2022 00:13:55 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13675181 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 11 2022 00:02:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |

TOTAL: 7

Case 15-14288-elf   Doc 117   Filed 01/12/22   Entered 01/13/22 00:33:06   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: 138OBJ | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13547894 | | Ocwen Loan Servicing L |
| 13547896 | | Texas Bank Mortgage Co |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2022          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JOSEPH ANGEO DESSOYE
on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JOSHUA I. GOLDMAN
on behalf of Creditor Lakeview Loan Servicing  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

KRISTEN D. LITTLE
on behalf of Creditor Texas Bank Financial dba Texas Bank Mortgage Company pabk@logs.com klittle@logs.com;logsecf@logs.com

LEEANE O. HUGGINS
on behalf of Creditor Texas Bank Financial dba Texas Bank Mortgage Company pabk@logs.com

MARIO J. HANYON
on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAUL WILLIAM CRESSMAN
on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

RICHARD N. LIPOW
on behalf of Debtor Hunter D Williams richard@lipowlaw.com  ecflipow@gmail.com;r44824@notify.bestcase.com

THOMAS I. PULEO
on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 10, 2022 | Form ID: 138OBJ | Total Noticed: 23 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
    on behalf of Creditor OCWEN LOAN SERVICING LLC wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Hunter D Williams

    Debtor(s)

Case No: 15−14288−elf

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/10/22

115 − 110
Form 138OBJ